1   Stuart W. Price (SBN 125918)
       swprice@bryancave.com
2   Sean D. Muntz (SBN 223549)
       sean.muntz@bryancave.com
3   **BRYAN CAVE LLP**
    3161 Michelson Drive, Suite 1500
4   Irvine, California 92612-4414
    Telephone:  (949) 223-7000
5   Facsimile:   (949) 223-7100
6
    Attorneys for Defendant
7   COUNTRYWIDE HOME LOANS, INC.
    (erroneously sued as "Countrywide Home Loan, Inc.")
8

9              **UNITED STATES DISTRICT COURT**

10   **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

11

12   PETER NGUYEN,                          Case No.   **SACV08-01181 CJC (MLGx)**

13              Plaintiff,                   (OCSC Case No. 30-2008-00112377)

14         vs.

15   COUNTRYWIDE HOME LOAN, INC.,            **NOTICE OF RELATED CASES BY**
     a corporation; and DOES 1-10, inclusive, **DEFENDANT COUNTRYWIDE**
16                                           **HOME LOANS, INC.**

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

IR01DOCS381918.1

NOTICE OF RELATED CASES

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

1   TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR

2   THE CENTRAL DISTRICT OF CALIFORNIA:

3   PLEASE TAKE NOTICE that pursuant to U.S. District Court for the Central

4   District of California Local Rule 83-1.3, defendant Countrywide Home Loans, Inc.

5   (erroneously sued as "Countrywide Home Loan, Inc.") submits this Notice of

6   Related Cases.

7   As of the date of filing this Notice, Countrywide is not aware of any cases

8   previously filed or currently pending before this Court which arise from the same or

9   substantially identical transactions, happenings or events as this matter; or which

10  call for determination of the same or substantially identical questions of law and

11  fact; or are likely for other reasons to entail substantial duplication of labor if heard

12  by different judges.

13

14  Dated:  October 24, 2008                    Stuart W. Price, Esq.
                                                 Sean D. Muntz, Esq.
15                                               **BRYAN CAVE LLP**

16

17                                     By:  _Sean D. Muntz_____

18                                             Sean D. Muntz
                                               Attorneys for Defendant
19                                             COUNTRYWIDE HOME LOANS, INC.

20

21

22

23

24

25

26

27

28

IR01DOCS381918.1

1

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My email address is: jayne.wagner@bryancave.com.

On October 24, 2008, I served the foregoing document described as: **NOTICE OF RELATED CASES BY DEFENDANT COUNTRYWIDE HOME LOANS, INC.** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Peter Nguyen | Telephone:  (714) 402-6827 |
| 9353 Bolsa Avenue, G.18 | Fax    : |
| Westminster, CA 92683 | Email:    sentpeter@gmail.com |

[ X ] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FACSIMILE - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[ ] BY PERSONAL DELIVERY - I caused such envelope to be hand delivered to the offices of the addressee.

[ ] BY EMAIL – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ X ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 24, 2008, at Irvine, California.

*Jayne Wagner*
Jayne Wagner/